**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 2:22-MJ-2536-CJS**

UNITED STATES OF AMERICA PLAINTIFF

vs.

PERRIN GEORGE MARCH, V DEFENDANT

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the United States for Defendant's pretrial detention,

It is **ORDERED** that a detention hearing is set for **Wednesday, May 18, 2022, at 1:30 p.m**. before the undersigned at **Covington, Kentucky.** Pending this hearing, the Defendant shall be held in custody by the United States Marshals Service and produced for the hearing.

Signed this 17th day of May, 2022.

**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**

J:\DATA\Orders\criminal cov\2022\22-2536 March Temp. Dtn.Order.docx