# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **KENTUCKY-NO DIV AT COV**

**UNITED STATES OF AMERICA**

**V.**

**PERRIN GEORGE MARCH, V**

**EXHIBIT AND WITNESS LIST**

Case Number: **2:22-mj-02536-CJS-1**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE** | **Emily K. Greenfield** | **Edward L. Metzger, III** |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **5/18/2022 Detention Hearing** | **ECR** | **Taylor Boesch** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **W1** | | **5/18/2022** | | | **David Emberton, U.S. Customs and Border Protection Officer** |
| **E1** | | **5/18/2022** | **X** | **X** | **Photo of AK-47 pistol and magazine** **No objections** |
| **E2** | | **5/18/2022** | **X** | **X** | **Photo of additional magazines for AK-47 and AR Riffle, and ski mask** **No objections** |
| **E3** | | **5/18/2022** | **X** | **X** | **Photo of loaded magazine- "white" written on ammunition** **No objections** |
| **E4** | | **5/18/2022** | **X** | **X** | **Photo of loaded magazine- "power" written on ammunition** **No objections** |
| **E5** | | **5/18/2022** | **X** | **X** | **Photo of containers of Tannerite** **No objections** |
| **E6** | | **5/18/2022** | **X** | **X** | **Photo of business card- Perrin March-Free-Lance Attorney- with photo holding AR Riffle [phone no. redacted]** **No objections** |
| **E7** | | **5/18/2022** | **X** | **X** | **Photo of gas mask** **No objections** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*** Include a notation as to the location of any exhibit not held with the case file or not available because of size.**